**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 56 MM 2019

               Respondent         :

                    v.           :

JASON JOSEPH BEE,         :

               Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.